## McKAY vs. THE BOARD OF SUPERVISORS OF THE COUNTY OF OUTAGAMIE, and others.

This case is similar in principle to that of *Ross vs. The Board of Supervisors, &c., ante*, p. 26, and is decided in the same manner.

APPEAL from the Circuit Court of *Outagamie* County.

The complaint was the same as in the case of *Ross vs. The Board of Supervisors of Outagamie County, ante*, p. 26, and a demurrer to the complaint was overruled, from which decision the appeal was taken.

June 4.

*By the Court,* COLE, J. In the case of *Ross vs. The Board of Supervisors of Outagamie County*, just decided, we held that a person purchasing a part of one of the even sections in the Fox and Wisconsin Improvement grant, acquired a right or interest therein, which was subject to taxation under the laws of this state, even before the passage of the act of congress of June 8th, 1858. We suppose that decision, in effect, disposes of this case.

The order overruling the demurrer to the complaint filed herein, must be reversed, and the case remanded for further proceedings.

Jan. Term, 1860.

Dixon, C. J., dissented, for the reasons assigned in his dissenting opinion in the case of *Ross vs. The Supervisors of Outagamie County, ante,* p. 26.